DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
KAREN A. WHELAN, ESQ.
Nevada Bar No. 10466
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: karen.whelan@akerman.com

*Attorneys for plaintiff and counter-defendant
Bank of America, N.A., successor by merger
to BAC Home Loans Servicing, LP f/k/a
Countrywide Home Loans Servicing LP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING LP,<br><br>        Plaintiff,<br><br>vs.<br><br>MONTE BELLO HOMEOWNERS ASSOCIATION, INC.; ATC ASSESSMENT COLLECTION GROUP, LLC; and EAGLE INVESTORS,<br><br>        Defendants. | Case No.: 2:16-cv-00794-GMN-CWH<br><br><br>**STIPULATION AND ORDER TO EXTEND TIME TO (1) OPPOSE MONTE BELLO HOMEOWNERS ASSOCIATION, INC.'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 51] AND (2) REPLY TO MONTE BELLO HOMEOWNERS ASSOCIATION, INC.'S LIMITED OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF NO. 53]**<br><br>**FIRST REQUEST** |
| EAGLE INVESTORS, a Nevada corporation,<br><br>        Counterclaimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, a national bank, DOE INDIVIDUALS I-X; and ROE CORPORATIONS I-X, INCLUSIVE,<br><br>        Counter-Defendants. | |

43654103;1

1    Plaintiff and counter-defendant Bank of America, N.A., successor by merger to BAC Home

2    Loans Servicing, LP f/k/a Countrywide Home Loans Servicing LP (**BANA**) and defendant Monte

3    Bello Homeowners Association, Inc. respectfully submit the following stipulation to allow BANA

4    (**1**) twenty additional days to oppose Monte Bello's motion for summary judgment, ECF No. 51, and

5    (**2**) twenty one additional days to reply to Monte Bello's limited opposition to BANA's motion for

6    summary judgment, ECF No. 53.

7    BANA moved for partial summary judgment on November 20, 2017.  (ECF No. 50.)  Monte

8    Bello filed its own motion for summary judgment on December 6, 2017 and a limited opposition to

9    BANA's motion for partial summary judgment on December 11, 2017.  (ECF Nos. 51, 53.)  BANA's

10   deadline to reply to Monte Bello's limited opposition is December 26, 2017.  *See* L.R. 7-2.  BANA's

11   deadline to oppose Monte Bello's motion for summary judgment is December 27, 2017.  *See id.*

12   BANA and Monte Bello stipulate to extend BANA's reply deadline by twenty one days and

13   BANA's opposition deadline by twenty days, to **January 16, 2018**, to allow BANA additional time

14   to prepare its briefing in light of the intervening holidays.

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

2

43654103;1

This is BANA's first request to extend its deadline to reply to Monte Bello's limited opposition or oppose Monte Bello's summary judgment motion. BANA does not make its request to cause delay or prejudice to any party.

Dated this 20th day of December, 2017.

**AKERMAN LLP**


 /s/ Karen A. Whelan, Esq.
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
KAREN A. WHELAN, ESQ.
Nevada Bar No. 10466
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiff and counter-defendant
Bank of America, N.A., successor by merger to
BAC Home Loans Servicing, LP f/k/a
Countrywide Home Loans Servicing LP*

Dated this 20th day of December, 2017.

**LEACH JOHNSON SONG & GRUCHOW**


 /s/ T. Chase Pittsenbarger, Esq.
SEAN L. ANDERSON, ESQ.
Nevada Bar No. 7259
T. CHASE PITTSENBARGER, ESQ.
Nevada Bar No. 13740
8945 W. Russell Road, Suite 330
Las Vegas, Nevada 89148

*Attorneys for defendant Monte Bello
Homeowners Association, Inc.*

## ORDER

**IT IS SO ORDERED.**

DATED this _27_ day of December, 2017.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRIC COURT

43654103;1

**CERTIFICATE OF SERVICE**

I certify on the 20th day of December, 2017, pursuant to Federal Rule of Civil Procedure 5, I filed and served true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO (1) OPPOSE MONTE BELLO HOMEOWNERS ASSOCIATION, INC.'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 51] AND (2) REPLY TO MONTE BELLO HOMEOWNERS ASSOCIATION, INC.'S LIMITED OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF NO. 53]** via CM/ECF on the following:

Sean L. Anderson, Esq.
T. Chase Pittsenbarger, Esq.
LEACH JOHNSON SONG & GRUCHOW
8945 W. Russell Road, Suite #330
Las Vegas, Nevada 89148

*Attorneys for Monte Bello Homeowners Association, Inc.*

Luis A. Ayon, Esq.
AYON LAW, PLLC
9205 West Russell Road
Building 3, Suite 240
Las Vegas, Nevada 89148

*Attorneys for Eagle Investors*

Christopher A. Yergensen, Esq.
NEVADA ASSOCIATION SERVICES, INC.
6224 W. Desert Inn Road
Las Vegas, Nevada 89146

*Attorney for ATC Assessment Group, LLC*

/s/ Nick Mangels
Nick Mangels, an employee of Akerman LLP

43654103;1