DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
KAREN A. WHELAN, ESQ.
Nevada Bar No. 10466
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: karen.whelan@akerman.com

*Attorneys for plaintiff and counter-defendant
Bank of America, N.A., successor by merger
to BAC Home Loans Servicing, LP f/k/a
Countrywide Home Loans Servicing LP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING LP,<br><br>Plaintiff,<br><br>vs.<br><br>MONTE BELLO HOMEOWNERS ASSOCIATION, INC.; ATC ASSESSMENT COLLECTION GROUP, LLC; and EAGLE INVESTORS,<br><br>Defendants. | Case No.: 2:16-cv-00794-GMN-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO (1) OPPOSE EAGLE INVESTORS' MOTION FOR SUMMARY JUDGMENT [ECF NO. 52]; (2) REPLY TO EAGLE INVESTORS' OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF NO. 54]; AND (3) REPLY TO BANA'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br>**FIRST REQUEST** |
| EAGLE INVESTORS, a Nevada corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, a national bank, DOE INDIVIDUALS I-X; and ROE CORPORATIONS I-X, INCLUSIVE,<br><br>Counter-Defendants. | |

43674984;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Plaintiff and counter-defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing LP (**BANA**) and defendant Eagle Investors respectfully submit the following stipulation to allow BANA (**1**) twenty additional days to oppose Eagle Investors' motion for summary judgment, ECF No. 52 and (**2**) twenty one additional days to reply to Eagle Investors' opposition to BANA's motion for partial summary judgment, ECF No. 54, and to allow Eagle Investors until **January 30, 2018** to reply to BANA's to-be-filed opposition its motion for summary judgment, ECF No. 52.

BANA moved for partial summary judgment on November 20, 2017. (ECF No. 50.) Eagle Investors filed its own motion for summary judgment on December 6, 2017 and opposed BANA's motion for partial summary judgment on December 11, 2017. (ECF Nos. 52, 24.) BANA's deadline to reply to Eagle Investors' opposition is December 26, 2017. *See* L.R. 7-2. BANA's deadline to oppose Eagle Investors' motion for summary judgment is December 27, 2017. *See id.*

BANA and Eagle Investors stipulate to extend BANA's reply deadline by twenty one days and BANA's opposition deadline by twenty days, to **January 16, 2018**, to allow BANA additional time to prepare its briefing in light of the intervening holidays. In addition, BANA and Eagle Investors stipulate to allow Eagle Investors until **January 30, 2018** to reply to BANA's to-be-filed opposition to its motion for summary judgment, ECF No. 52, even if BANA files its opposition before January 16, 2018.

///
///
///
///
///
///
///
///
///
///

1      This is BANA's first request to extend its deadline to reply to Eagle Investors' opposition or

2  oppose Eagles Investors' summary judgment motion.  This is Eagle Investors' first request to extend

3  its reply deadline.  BANA and Eagle Investors do not make their requests to cause delay or prejudice

4  to any party.

5  Dated this 22nd day of December, 2017.      Dated this 22nd day of December, 2017.

6  **AKERMAN LLP**             **AYON LAW, PLLC**

8   */s/ Karen A. Whelan, Esq.*          */s/ Vanessa S. Goulet, Esq.*
DARREN T. BRENNER, ESQ.       LUIS A. AYON, ESQ.

9  Nevada Bar No. 8386             Nevada Bar No. 9752
KAREN A. WHELAN, ESQ.        VANESSA S. GOULET, ESQ.

10  Nevada Bar No. 10466           Nevada Bar No. 13688
1635 Village Center Circle, Suite 200    8716 Spanish Ridge Avenue, Suite 115
Las Vegas, Nevada 89134          Las Vegas, Nevada 89148

12  *Attorneys for plaintiff and counter-defendant*  *Attorneys for defendant Eagle Investors*
*Bank of America, N.A., successor by merger to*
*BAC Home Loans Servicing, LP f/k/a*

13  *Countrywide Home Loans Servicing LP*

**ORDER**

**IT IS SO ORDERED.**

DATED this  <u>27</u> day of December, 2017.                _____

Gloria M. Navarro, Chief Judge

UNITED STATES DISTRICT JUDGE

43674984;1