1  DARREN T. BRENNER, ESQ.
   Nevada Bar No. 8386
2  KAREN A. WHELAN, ESQ.
   Nevada Bar No. 10466
3  AKERMAN LLP
   1635 Village Center Circle, Suite 200
4  Las Vegas, Nevada 89134
   Telephone: (702) 634-5000
5  Facsimile: (702) 380-8572
   Email: darren.brenner@akerman.com
6  Email: karen.whelan@akerman.com

7  *Attorneys for plaintiff and counter-defendant*
   *Bank of America, N.A., successor by merger*
8  *to BAC Home Loans Servicing, LP f/k/a*
   *Countrywide Home Loans Servicing LP*

9

10                **UNITED STATES DISTRICT COURT**

11                    **DISTRICT OF NEVADA**

12  BANK OF AMERICA, N.A., SUCCESSOR BY        Case No.: 2:16-cv-00794-GMN-CWH
    MERGER TO BAC HOME LOANS
13  SERVICING, LP F/K/A COUNTRYWIDE
    HOME LOANS SERVICING LP,                   **STIPULATION AND ORDER TO EXTEND
14                                             TIME TO (1) OPPOSE EAGLE
                 Plaintiff,                    INVESTORS' MOTION FOR SUMMARY
15                                             JUDGMENT [ECF NO. 52]; AND (2)
    vs.                                        REPLY TO EAGLE INVESTORS'
16                                             OPPOSITION TO MOTION FOR
    MONTE BELLO HOMEOWNERS                     PARTIAL SUMMARY JUDGMENT [ECF
17  ASSOCIATION, INC.; ATC ASSESSMENT          NO. 54]**
    COLLECTION GROUP, LLC; and EAGLE
18  INVESTORS,                                 **SECOND REQUEST**

19               Defendants.

20  EAGLE INVESTORS, a Nevada corporation,

21               Counterclaimant,

22  vs.

23  BANK OF AMERICA, N.A., SUCCESSOR BY
    MERGER TO BAC HOME LOANS
24  SERVICING, LP F/K/A COUNTRYWIDE
    HOME LOANS SERVICING, a national bank,
25  DOE INDIVIDUALS I-X; and ROE
    CORPORATIONS I-X, INCLUSIVE,
26
                 Counter-Defendants.
27

28

                              1
43798372;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Plaintiff and counter-defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing LP (**BANA**) and defendant Eagle Investors respectfully submit the following stipulation to allow BANA (**1**) seven additional days to oppose Eagle Investors' motion for summary judgment, ECF No. 52; and (**2**) seven additional days to reply to Eagle Investors' opposition to BANA's motion for partial summary judgment, ECF No. 54.

BANA moved for partial summary judgment on November 20, 2017. (ECF No. 50.) Eagle Investors filed its own motion for summary judgment on December 6, 2017 and opposed BANA's motion for partial summary judgment on December 11, 2017. (ECF Nos. 52, 24.) BANA's original deadline to reply to Eagle Investors' opposition was December 26, 2017. *See* L.R. 7-2. BANA's original deadline to oppose Eagle Investors' motion for summary judgment was December 27, 2017. *See id.* The parties stipulated to extending BANA's opposition and reply deadlines to January 16, 2018 on December 22, 2017. (ECF No. 57.) The Court approved the stipulation on December 27, 2017. (ECF No. 59.)

BANA and Eagle Investors stipulate to extend BANA's reply deadline by seven additional days and BANA's opposition deadline by seven additional days, to **January 23, 2018**, to allow BANA additional time to prepare its briefing.

///

///

///

///

///

///

///

///

///

///

///

///

43798372;1

This is BANA's second request to extend its deadline to reply to Eagle Investors' opposition and oppose Eagles Investors' summary judgment motion. BANA does not make its requests to cause delay or prejudice to any party.

Dated this 10th day of January, 2018.                    Dated this 11th day of January, 2018.

**AKERMAN LLP**                                          **AYON LAW, PLLC**

 */s/ Karen A. Whelan, Esq.*                              */s/ Luis A. Ayon, Esq.*
DARREN T. BRENNER, ESQ.                                  LUIS A. AYON, ESQ.
Nevada Bar No. 8386                                      Nevada Bar No. 9752
KAREN A. WHELAN, ESQ.                                    VANESSA S. GOULET, ESQ.
Nevada Bar No. 10466                                     Nevada Bar No. 13688
1635 Village Center Circle, Suite 200                    8716 Spanish Ridge Avenue, Suite 115
Las Vegas, Nevada 89134                                  Las Vegas, Nevada 89148

*Attorneys for plaintiff and counter-defendant*          *Attorneys for defendant Eagle Investors*
*Bank of America, N.A., successor by merger to*
*BAC Home Loans Servicing, LP f/k/a*
*Countrywide Home Loans Servicing LP*

**ORDER**

**IT IS SO ORDERED.**

**Dated this  23 day of January, 2018.**

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT JUDGE

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

43798372;1

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

**CERTIFICATE OF SERVICE**

I certify on the 12th day of January, 2018, pursuant to Federal Rule of Civil Procedure 5, I filed and served true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO (1) OPPOSE EAGLE INVESTORS' MOTION FOR SUMMARY JUDGMENT [ECF NO. 52]; AND (2) REPLY TO EAGLE INVESTORS' OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF NO. 54]** via CM/ECF on the following:

Sean L. Anderson, Esq.
T. Chase Pittsenbarger, Esq.
LEACH JOHNSON SONG & GRUCHOW
8945 W. Russell Road, Suite #330
Las Vegas, Nevada 89148

*Attorneys for Monte Bello Homeowners Association, Inc.*

Luis A. Ayon, Esq.
AYON LAW, PLLC
9205 West Russell Road
Building 3, Suite 240
Las Vegas, Nevada 89148

*Attorneys for Eagle Investors*

Christopher A. Yergensen, Esq.
NEVADA ASSOCIATION SERVICES, INC.
6224 W. Desert Inn Road
Las Vegas, Nevada 89146

*Attorney for ATC Assessment Group, LLC*

/s/ Nick Mangels
Nick Mangels, an employee of Akerman LLP

4

43798372;1